FILED
CHARLOTTE, NC

SEP 2 5 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

United States District Court
Western ~~Eastern~~ District of North Carolina
Western Division

Case No. 5:25-cv-156-MR

(To be filled out by Clerk's Office only)

Luis Antonio Rosado Jr.

Inmate Number 1087392

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Leigh Bricker; Robie Martin; SBI Agent Jason Nagg~~~~o, & Michael Duncan

**COMPLAINT**

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Luis Antonio Rosado Jr.
Name

1087392
Prisoner ID #

Marion Correctional Institution
Place of Detention

355 Old Glenwood Rd.
Institutional Address

Marion     NC     28752
City     State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee   [ ] State   [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Leigh Bricker
Name

Assistant District Attorney
Current Job Title

500 ~~courth~~ Courthouse Dr. ~~Suite 201~~
Current Work Address

Wilkesboro          NC          28697
City               State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Robie Martin
Name

Homicide Detective for Wilkes County Sheriffs Dept.
Current Job Title

381 Executive Dr.
Current Work Address

Wilkesboro          NC          28697
City               State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Rev. 5/2024 Prisoner Complaint

**Defendant(s) Continued**

Defendant 3: Jason Nagy
Name

Law enforcement officer for NCSBI
Current Job Title

PO Box 29500
Current Work Address

Raleigh          NC          27626
City             State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: Michael Duncan
Name

Superior Court Judge for Wilkes County
Current Job Title

500 Courthouse Dr.
Current Work Address

Wilkesboro       NC          28697
City             State       Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Page 4 of 10

Case 5:25-cv-00156-MR    Document 1    Filed 09/25/25    Page 4 of 13

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Wilkes County + Forsyth County

Date(s) of occurrence: 8/18/2015 + 4/4/2025

State which of your federal constitutional or federal statutory rights have been violated:

6th Amendment of the Constitution, 8th Amendment of the Constitution, 14th Amendment of the Constitution, 4th Amendment violation

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Assistant District Attorney for Wilkes County Mr. Leigh Bricker violated my Rights, and works for the State under Color of Law.

[Who did what to you?]

Mr. Roble Martin is a Detective for The Wilkes County Sheriffs Department Homicide division and also violated my Rights and works for the State under Color of Law.

Mr. Jason Nagy is a law enforcement officer at the NC State Bureau of Investigation and also violated my Rights, and works for the state under Color of law.

Mr. Michael Duncan is the Resident Superior Court Judge in Wilkes County and violated my Rights and works for the State under Color of Law.

**What happened to you?**

On 6/24/2014 a man was killed named Victor M. Ruiz and was discovered in Forsyth County. Unbeknowst to me a associate of mine named Darien "Woody" Lopez told the Detective a false story to get out his trouble. Then another associate was charged with a "WMD" Weapon of mass destruction charge and added more Lies to the "story" to get out of serving time. By this point the Record is riddled with falsities and harmful Lies. On 8/18/2015 I was surrounded by Law enforcement with Guns pointed at me from all angles. I was taken to the Forsyth County Police Department.. Cont.

**When did it happen to you?**

This Started on 8/18/2015 when I was arrested and Continued until 6/27/2017 when I was sentenced. Plantiff then submitted (2) two M.A.R.'s to defendant Duncan regarding the Fraud that was entered on to the Record by defendants Martin, Nagy and filed them in 2023 and 2024, Plantiff was denied after recieving a letter from clerk in Oct. 2024 that they "did not" recieve the MAR yet was denied.

**Where did it happen to you?**

This took place At Wilkes County Courthouse and now plantiff is in prison and suffering irreparable harm.

what happened to you continued.. where the detective Robie Martin and Mr. Jason Nagy spoke to me. They asked me questions and I told them the Truth yet they purposefully misquoted my words and Lied to the Grand Jury about the "facts." On 8/19/2015 Mr. Martin and Nagy arrested Erick Javier Diaz who false witnesses claimed was my accomplice and on that day Diaz Lied to police and everyone about what transpired on that night and who was with him. Mr. Martin + Mr. Nagy has misrepresented material facts to a Magistrate Judge to obtain a warrant and Lied about the contents of a recording that state made false claims stating it was a Confession but the state Lied on this and regarding how it was obtained. The "witness" Omar Guerrero stated that the States Detective threatened him with Prosecution if he could not obtain a recording which Violates the Sixth Amendment of the U.S. Constitution. see U.S. V. Mitcheltree, 940 F.2d 1329, 1337, 1340 (10th Cir 1991); also U.S. V. Lentz, 524 F3d. 501, 521 (4th Cir. 2008). This violates 18 U.S.C.A. § 1506, 2071; Model Penal Code § 224.4.

Then plantiff filed an M.A.R. due to violation of the Sixth Amendment and stated elements that shows that plantiff was entitled to relief yet Mr. Duncan denied the claim not once but twice. The second time plantiff filed Clerks sent a letter claiming no M.A.R. was presented or recieved yet on 4/4/2025 a denial was entered on the record. which makes no sense, if you havent recieved my 2nd M.A.R. how can it be denied. For Fraud was committed by Mr. Nagy & Mr. Martin and then

what happened to you (Cont. Page 2)

Mr. Bricker made discriminatory comments during the Rule 24 hearing and made false claims that plantiff was a "Flight Risk" and had "ties" to mexico which is false + fraudulent. Plantiff is a U.S. Citizen by Birth and has been a resident of Winston Salem, NORTH CAROLINA since the age of 11. By making the false allegations plantiff was given a $600,000.00 Bond after having no Bond for 1 year, This was based off race, Color + origins. Also states assistant District Attorney Mr. Bricker made no attempts at disclosing evidence that was favorable to the plantiff to deceive and Coerce the plantiff in a plea deal to be Sentenced for crimes he did not Committ, for there is evidence that ~~~~~~ the defendant Martin + Nagy did not disclose that Not only clears plantiff from the case but they also did not ~~~~ disclose evidence #1 and other evidence that clears any involvement of the plantiff. Lastly, plantiff has filed a Subpoena to the Defendant Duncan to obtain evidence that shows that the Court is Coercing a plea deal that is improper due to plantiff not Committing the Crime. The Subpoena was sent to defendant ducan's office to obtain text messages from GTL Getting out app, ViaPath tech, Inc. That defendant Erick diaz sent to user Tammy James which clears me of any wrong doing of the Crime, and also proves that State knowingly did not have any evidence to ~~~~ support the Narrative that was purported by the defendants.

See Turpin V. Charlotte Laton schools, Inc. April 2, 2024, 293 NC App 330; Kritter V. Mooring January 12, 2024 712 F.Supp 3d. 684.

What happened to you cont. page 3.

Officers Jason Nagy and Roble Martin deliberately + recklessly supplied false and or misleading information to a magistrate to support a warrant application against the plantiff. The officers violated plantiffs 4th Amendment (U.S. Constitutional 4th Amendment Right) by using false testimony/statements from Lopez, Omar A., + Childress to procurr a warrant on plantiff. Information that not only is false and misleading but is a clear violation of plantiffs rights.
See Mcfadyen V. Duke University, March 31, 2011, 786 F.Sup 2d. 887.;

Officers shall not be shielded for blatant misconduct and violation of plantiffs constitutional rights, and shall be held liable. See Miller V. Prince George's County MD, January 22, 2007, 475 F.3d. 621.

Officers made false claims that plantiff was in durham which is false, for these officers relied on false information and used these false Narratives to procurr a warrant on the plantiff and magistrate Judge Albright had no way of verifying if the information was credible or if it was false. See U.S. V. Graham, August 5, 2015, 796 F.3d. 332; see also U.S. V. Furr, December 3, 2013, 548 Fed. Appx. 920. Also No evidence dna results were disclosed on evidence markers #1, 17, which would show that the officers were manipulated by Lopez, Childress, + Amaya to get out of trouble.

**What was your injury?**

Plantiff has suffered irreparable harm for having to serve an incarceration of 14-18 years for crimes he did not commit and having served 10 years as of today. Plantiff has be discriminated for his race, color, nationality + origins ~~while~~ while attempting to receive a Bond and ~~established~~ misbranded a "flight risk" with "Ties" to Mexico at Rule 24 hearing which violated the 8th Amendment for excessive Bail.

Plantiff has suffered PTSD from his stint in the NC DAC (North Carolina Department of Adult Corrections) while serving the incarceration term imposed by defendants.

Plantiff was withheld from actual ~~been~~ evidence that was key to Plantiffs Defense which was never disclosed to Plantiff or his counsel (Jay Vannoy Jr.).

Plantiff has suffered emotional + mental damages during the 10 years incarcerated from multiple losses of family member (8 family members) and have a great Grandmother who is very ill and been having anxiety attacks when having to deal with the losses and fear of future losses. Plantiff has lost the mother of his first child and has her Grandmother ~~been~~ raising her until his return and she is in her 60's - 70's. Plantiff has been wrongfully detained for crimes he did not commit and evidence on GTL prove the State is wrong and that Diaz perjurred himself to weaponize the courts for his own Revenge.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

I have filed (2) M.A.R.'s and even wrote the Wilkes County Courthouse to Notify them of the violations and they disregarded my attempts.

Is the grievance process completed? ☐ Yes ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Terminate officers Robie Martin + Jason Nagy - for an order vacating Case 15CRS 52301-52302 with prejudice, or Time Served. Allow plaintiff to answer under polygraph to show/prove innocence. $150,000.00 in official + Individual capacities per year which is 10 years 1.5 million in official + Individual. + double per ~~scribbled~~ fraudulent practice.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? __5__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Luis Rosado v. Joshua Barnes, et. al. 5:19-ct-3358-BO
8th Amendment Claim excessive force. Trial and appealed, but pending filing a Rule 9 motion.
Luis Rosado v. Brecher 5:25ct-3183-D pending; 8th Amendment, False Claim act, perjury, fraud, Suborn'n perjury.
Luis Rosado v. John Gray 5:23-ct-03128-M-RJ 8th Amendment Sexual harassment adjudicated Summary Judgment for Defense.
Luis Rosado v. Langdon FNU dismissed with prejudice. 8th Amendment, indifference and denial of mental health services.
Luis Rosado v. Brecher, et. al. 5:24-ct-3208-D dismissed w/out prejudice refiled New Case: 5:25-ct-3183-D

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/1/2025
Dated

Luis Rosado
Plaintiff's Signature

Luis A. Rosado Jr.
Printed Name

1087392
Prison Identification #

355 old Glenwood Rd   Marion   NC   28752
Prison Address   City   State   Zip Code